FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 6 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '09 - CV - 00141 BNB

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

RICHARD L. THEISEN, and
TIFFANY D. (DEAL) THEISEN,

    Plaintiffs,

v.

EL PASO COUNTY COURTS,
EVELYN SULLIVAN, individually and in her official capacity,
THOMAS KANE, individually and in his official capacity,
DENISE PEACOCK, individually and in her official capacity,
KRYSTAL HULICK, individually and in her official capacity,
KIDS RESOURCE NETWORK,
CHRISTINE BURCHAM, individually and in her official capacity,
STEPHANIE REED, individually and in her official capacity,
EL PASO COUNTY DEPARTMENT OF HUMAN SERVICES,
DARNELL SELTZER, individually and in her official capacity,
ADAMS COUNTY DEPARTMENT OF HUMAN SERVICES, and
SUSAN HANSON, individually and in her official capacity,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCY

Plaintiffs have submitted a Complaint. Plaintiffs have failed either to pay the filing fee or to file on the proper forms individual motions seeking leave to proceed without payment of the filing fee pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the Complaint is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action. Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers that Plaintiffs file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) xx is not submitted (<u>Plaintiffs must submit individual motions</u>)
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) xx other: <u>individual motions are not necessary if the filing fee is paid.</u>

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) xx is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers that Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiffs, together with a

2

copy of this order, two copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 22d day of January, 2009.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-CV-00141

Richard Theisen
4534 Adieu Circle
Colorado Springs, CO 80917

Tiffany Theisen
4534 Adieu Circle
Colorado Springs, CO 80917

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and the Complaint forms** the above-named individuals on 1/26/09

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk